IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCUS THORNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of the Social Security Administration,<br><br>    Defendant. | 8:24-CV-22<br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to remand (filing 14) is granted.

2. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 12) is denied as moot.

4. A separate judgment will be entered.

Dated this 20th day of May, 2024.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge